ACCEPTED
12-13-00393-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/21/2015 5:39:55 PM
CATHY LUSK
CLERK

## NO. 12-13-00393-CV

_____

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT
OF TEXAS AT TYLER

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/21/2015 5:39:55 PM
CATHY S. LUSK
Clerk

*Valerus Compression Services, a Texas Limited Partnership, Valerus Compression Services Management, LLC, a Texas Limited Liability Company, General Partner,*

Appellant/Cross-Appellee,

*v.*

*Gregg County Appraisal District*,

Appellee/Cross-Appellant.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT/CROSS-APPELLEE'S MOTION FOR REHEARING**

_____

Appeal from the 188th Judicial District Court of Gregg County, Texas
Trial Court No. 2012-1791-A

_____

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.8, Appellant/Cross-Appellee Valerus Compression Services, LP, a Texas Limited Partnership, Valerus Compression Services Management, LLC, a Texas Limited Liability Company ("Valerus"), moves this Honorable Court for a 14-day

extension of time to file their Motion for Rehearing. In support thereof, Valerus would respectfully show this Court as follows:

1. This is an appeal concerning the applicability and constitutionality of two provisions of the Texas Tax Code. After full briefing and oral argument, this Court rendered its judgment and opinion on January 7, 2015, reversing part of the trial court's judgment on an issue that had previously been resolved in Valerus's favor. This Court then remanded the case back to the trial court for further proceedings. Under Texas Rule of Appellate Procedure 49.1, Valerus's Motion for Rehearing is presently due 15 days from issuance of this Court's judgment—*i.e.*, Thursday, January 22, 2015.

2. Pursuant to Texas Rule of Appellate Procedure 49.8—under which "[a] court of appeals may extend the time for filing a motion for rehearing … if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion"—Valerus hereby seeks a **14-day extension** to file its Motion for Rehearing, such that the Motion will be due on **Thursday, February 5, 2015.**

3. This is Valerus's first request for an extension of time to file their Motion for Rehearing.

4. To provide a reasonable explanation of the need for this extension, Valerus would show the Court that they had/have the following deadlines and obligations, in addition to other ongoing work on trials and appeals:

    a. A hearing on a pro bono motion to modify a final decree of divorce in *In the Interest of Ulises Chavez and Josue Chavez, Children*, No. 6660, in the 31st Judicial District Court in Wheeler County, Texas on January 8, 2015;

    b. A hearing on a motion for recognition of a foreign country judgment in *Lotte Chemical Titan (M) Sendirian Berhad v. Wilder*, No. 2014-16260, in the 157th Judicial District in Harris County, Texas on January 23, 2015;

    c. A motion for protection (and petition for writ of mandamus relating thereto) in *Moncrief Oil Intl. v. OAO Gazprom, et al.*, No. 017-229664-08, in the 17th Judicial District in Tarrant County, Texas due on January 21, 2015.

    d. An ongoing arbitration between Occidental Petroleum Corporation and Texas Brine.

5. This motion is not being filed for purposes of delay, but rather so that justice may be done. The additional time is necessary to analyze the record and to select and refine the arguments to be presented in Valerus's Motion for Rehearing.

6.    Valerus has conferred with opposing counsel, and Appellee/Cross-Appellant Gregg County Appraisal District is <u>unopposed</u> to the relief sought in this motion.

WHEREFORE, Appellant/Cross-Appellee Valerus Compression Services, LP, a Texas Limited Partnership, Valerus Compression Services Management, LLC, a Texas Limited Liability Company, request that this Court grant it a 14-day extension of time to file its Motion for Rehearing, making its Motion for Rehearing due on Thursday, February 5, 2015. Valerus prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

/s/ Conor P. McEvily
Gwendolyn J. Samora
Texas Bar No. 00784899
Patrick W. Mizell
Texas Bar No. 14233980
Russell T. Gips
Texas Bar No. 24069788
Conor P. McEvily
Texas Bar No. 24078970
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2942
Facsimile: 713.615.5214
Email: gsamora@velaw.com

**ATTORNEYS FOR APPELLANT, VALERUS COMPRESSION SERVICES, LP, A TEXAS LIMITED PARTNERSHIP, VALERUS COMPRESSION SERVICES MANAGEMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee/Cross-Appellant Gregg County Appraisal District on January 20, 2015, and Appellee/Cross-Appellant is unopposed to the relief requested in this Motion for Extension of Time to File Appellant's Motion for Rehearing.

/s/ Conor P. McEvily
Conor P. McEvily

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 21, 2015, the foregoing Motion for Extension of Time to File Appellant's Motion for Rehearing was served on the following in the manner indicated:

Christopher S. Jackson
Robert A. Mott
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
3301 Northland Dr., Suite 505
Austin, Texas 78731
Telephone: (512) 302-0190
Facsimile: (512) 323-6963
Email: rmott@pbfcm.com
        cjackson@bpfcm.com

*Via electronic mail*

/s/ Conor P. McEvily
Conor P. McEvily

US 2757058v.1